O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERGIO GIL, | ) | NO. CV 20-1680-RSWL (KS) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| ROSEMARY NDOH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the Motion to Dismiss ("Motion") and related briefing, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Therefore, IT IS ORDERED that: (1) the Motion is GRANTED; (2) Grounds Three and Five of the Petition are DISMISSED with prejudice as untimely; (3) Grounds One, Two, and Four of the Petition are DISMISSED without prejudice; and (4) Judgment shall be entered accordingly.

DATED: October 22, 2020     ___/S/ RONALD S.W. LEW_____
                                                                                                                RONALD S. W. LEW
                                                                                                        UNITED STATES DISTRICT JUDGE