# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GIL, | ) NO. CV 20-1680-RSWL (KS) |
|     Petitioner, | ) |
| v. | ) JUDGMENT |
| ROSEMARY NDOH, Warden, | ) |
|     Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed; Grounds Three and Five of the Petition are dismissed with prejudice; and Grounds One, Two, and Four of the Petition are dismissed without prejudice.

DATED: October 22, 2020

                                                                             /S/ RONALD S.W. LEW
                                                                              RONALD S. W. LEW
                                                       UNITED STATES DISTRICT JUDGE